UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

C.P., *et al.*,

                                    Plaintiffs,

                    -against-

N.Y.C. DEP'T OF EDUCATION, *et al.*,

                                    Defendants.

-------------------------------------------------------------- X

26-CV-435 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated:        May 20, 2026
              New York, New York

              Vernon S. Broderick
              United States District Judge